IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| SELECT REHABILITATION, | : | Case No. 1:19-cv-916 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| RIVER'S BEND HEALTH CARE, LLC, | : | |
| Defendant. | : | |

## ORDER GRANTING MOTION FOR DEFAULT JUDGMENT

This case is before the Court on the Motion for Default Judgment (Doc. 17) filed by Plaintiff Select Rehabilitation, LLC, that was filed along with supporting affidavits. For good cause shown, Plaintiff's Motion (Doc. 17) is **GRANTED**. Default judgment is hereby **ENTERED** against Defendant River's Bend Health Care, LLC, in the amount of $299,739.98, plus statutory interest from the date of judgment until paid in full. Select Rehabilitation is **ORDERED** to file with the Clerk's office within 30 days a bill of costs with an itemized accounting.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND